AO 435
(Rev. 04/11)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

**FOR COURT USE ONLY**

**DUE DATE:**

| 1. NAME | | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|---|
| 4. MAILING ADDRESS | | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | | |
| | | 10. FROM | 11. TO | |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY | 14. STATE | |

**15. ORDER FOR**

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | $ 0.00 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | $ 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | $ 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | $ 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY

AO 435

**INSTRUCTIONS FOR USE IN THE
WESTERN DISTRICT OF VIRGINIA**

**Use**. Use this form to order the transcription of proceedings.   **COMPLETE A SEPARATE ORDER FORM FOR EACH CASE NUMBER AND COURT REPORTER FOR WHICH TRANSCRIPTS ARE ORDERED.**

**Completion**. Complete items 1- 19.  Do not complete shaded areas which are reserved for court's use.

**Order Copy.**
> **Attorney**:  file order in CM/ECF as a Transcript Request according to the type of case, i.e. criminal/civil/miscellaneous.
> **Private Party**:  send order to Clerk's office via mail @ U.S. District Court, P. O. Box 1234, Roanoke, VA  24006;  or by fax transmittal @ 1/540-857-5110.

**Deposit Fee**:  The court reporter will notify you of the amount of the required deposit fee which may be mailed or delivered directly to the address provided to you by the reporter.   Order will be processed upon payment received by the court reporter.

**Completion of Order**.  The court reporter will notify you when the transcript is completed.

**Balance Due**.  If the deposit fee was insufficient to cover all charges, the court reporter will notify you of the balance due which must be paid prior to receiving the completed transcript.

**SPECIFIC**

Items 1 – 19.    These items should always be completed.
Item 8.          Only one case number may be listed per order.
Item 15.         Place an "X" in each box that applies.
Items 16.        Place an "X" in the box for each portion requested.  List specific date(s) of the proceedings for which transcript is requested.  Be sure that the description is clearly written to facilitate processing.  Orders may be placed for as few pages of transcript as are needed.
Item 17.         C**ategories**.  There are six (6) categories of transcripts which may be ordered.  They are listed below:

| Time of Delivery will commence upon receipt of deposit, if required by court reporter. | Original | First Copy to Each Party | Each Add'l Copy to the Same Party |
|---|---|---|---|
| **Ordinary Transcript** (30 day)<br>A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $3.65 | $.90 | $.60 |
| **14-Day Transcript**<br>A transcript to be delivered within fourteen (14) calendar days after receipt of an order. | $4.25 | $.90 | $.60 |
| **Expedited Transcript** (7 day)<br>A transcript to be delivered within seven (7) calendar days after receipt of an order. | $4.85 | $.90 | $.60 |
| **Daily Transcript**<br>A transcript to be delivered following adjournment and | $6.05 | $1.20 | $.90 |

| | | | |
|---|---|---|---|
| prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. | | | |
| **Hourly Transcript**<br>A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours. | $7.25 | $1.20 | $.90 |
| **Realtime Transcript**<br>A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment. | One feed,[1]<br>$3.05 per page;<br>two-to-four<br>feeds, $2.10<br>per page; five<br>or more feeds,<br>$1.50 per page. | | |

[1] A realtime "feed" is the electronic data flow from the court reporter to the computer of each person or party ordering and receiving the realtime transcription in the courtroom.

---

COURT REPORTER'S DISCLAIMER IN THE MATTER OF:

_____

v.

_____

The following transcript(s) of proceedings, or any portion thereof, in the above-entitled matter, taken on any date, is being delivered UNEDITED and UNCERTIFIED by the official court reporter at the request of _____ (ordering party).
The party working with this product agrees not to share, give, copy, scan, fax, or in any way distribute this realtime rough draft in any form (written or computerized) to any other party.
The party's experts, co-counsel, and staff may have limited internal use thereof with the understanding that this realtime rough draft will be destroyed and replaced by the final edited, certified transcript when it is received by the party in due course, if ordered at a subsequent time.
This transcript has not been checked, proofread or corrected. It is a draft transcript, NOT a certified transcript. As such, it may contain computer-generated mistranslations of stenotype code, resulting in inaccurate or nonsensical word combinations, or untranslated stenotype symbols which cannot be deciphered by non-stenotypists. Corrections will be made in the preparation of the certified transcript, resulting in differences in page and line numbers, punctuation, and formatting.
This uncertified rough draft transcript contains no title page, appearance page or certificate page.
This draft transcript is supplied to you on the condition that if a certified transcript is ordered, this draft and any copies thereof (in condensed format or otherwise) will be destroyed. The certified transcript is the only official transcript which may be relied upon for purposes of verbatim citation of testimony.
The party agrees to indemnify and hold harmless (*Official Court Reporter*) if the unedited and uncertified version of this transcript is cited by any party to this matter and becomes a point of contention within this case or any other controversy.

_____
Signature of Ordering Party

_____
Signature of Official Court Reporter

**§ 320.50.10 General Policy**
 (d) At its September 2011 session, the Conference amended the maximum realtime transcript rate policy  adopted in March 1999, to eliminate the requirement that a litigant who orders realtime services in the courtroom must purchase a certified transcript (original or copy) of the same pages of realtime unedited transcript at the regular rates effective January 1, 2012.

**NOTE**:  Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 calendar days, payment would be at the ordinary delivery rate.

**Ordering.**   Place an "X" in each box that applies.  Indicate the number of additional copies ordered.

> **Original.**   Original typing of the transcript.  An original must be ordered and prepared prior to the availability of copies.  The original fee is charged only once.  The fee for the original includes  the copy for the records of the court.
> **First Copy.**  First copy of the transcript after the original has been prepared.  All parties ordering  copies must pay this rate for the first copy ordered.
> **Additional Copies.**   All other copies of the transcript ordered by the same party.

Item 18.  Sign in this space to certify that you will pay all charges.  (This includes the deposit plus any additional charges).

Item 19. Enter the date of signing.

Shaded Area.  Reserved for court's use.